IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02487-PAB-KLM

ELIZABETH S. WEAVER, and
JOHN D. PAPILION,

      Plaintiffs,

v.

ERIC M. DALE,
DIANE M. DALE,
WELLS FARGO BANK, N.A., a national banking association formerly known as Wells Fargo Bank West, N.A., and
CYNTHIA D. MARES, in her official capacity as Public Trustee of Arapahoe County, Colorado,

      Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Entry of Protective Order re: Confidential Information [#41]**[1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#41] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#41-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

      Dated: December 9, 2013

---

[1] "[#41]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.