IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02487-PAB-KLM

ELIZABETH S. WEAVER, and
JOHN D. PAPILION,

    Plaintiffs,

v.

ERIC M. DALE,
DIANE M. DALE,
WELLS FARGO BANK, N.A., a national banking association formerly known as Wells Fargo Bank West, N.A., and
CYNTHIA D. MARES, in her official capacity as Public Trustee of Arapahoe County, Colorado,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Wells Fargo Bank, N.A.'s Motion for Extension of Time to Designate Non-Parties at Fault** [#31][1] (the "Extension Motion") and Plaintiffs' **Motion to Strike Defendant Wells Fargo Bank, N.A.'s C.R.S.[ ]§ 13-21-111.5(3)(b) Designation of Non-Parties at Fault** [#49] (the "Motion to Strike").  On March 20, 2014, Defendant Wells Fargo Bank, N.A. filed its Notice of Withdrawal of Designation of Non-Parties at Fault [#59].  Accordingly,

    IT IS HEREBY **ORDERED** that the Extension Motion [#31] the Motion to Strike [#49] are **DENIED as moot**.

    Dated:    March 20, 2014

---

[1] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.