IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02487-PAB-KLM

ELIZABETH S. WEAVER, and
JOHN D. PAPILION,

    Plaintiffs,

v.

ERIC M. DALE,
DIANE M. DALE,
WELLS FARGO BANK, N.A., a national banking association formerly known as Wells Fargo Bank West, N.A., and
CYNTHIA D. MARES, in her official capacity as Public Trustee of Arapahoe County, Colorado,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' and Defendant Wells Fargo Bank, N.A.'s **Joint Motion to Amend Scheduling Order** [#67][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#67] is **GRANTED**. The Scheduling Order entered on November 13, 2013 [#35], is amended to extend the following deadline:

•     Dispositive Motion Deadline          **July 25, 2014**

    Dated: May 22, 2014

---

[1] "[#67]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.